JS-6

HIRSCH ADELL (CSB 34208) and
WILLIAM Y. SHEH (CSB 221275), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: hirscha@rac-law.com;
        williams@rac-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG, on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>         Plaintiff,<br><br>     v.<br><br>AMERICAN BLACK BEAUTY, LLC, a California limited liability company,<br><br>         Defendant. | CASE NO. CV 07-3921-VBF (SHx)<br><br>**HONORABLE VALERIE BAKER FAIRBANK**<br><br>JUDGMENT AND FINAL ORDER FOR ACCOUNTING<br><br>Date: May 5, 2008<br>Time: 1:30 p.m.<br>Ctrm: 9<br>       312 N. Spring Street<br>       Los Angeles, CA 90012 |

The motion of plaintiff TERENCE L. YOUNG (YOUNG), on behalf of the Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan (collectively, the "Plans"), for entry of a Judgment and Final Order for Accounting came before this court on May 5, 2008.  Upon consideration of the evidence and argument presented,

1  the Court hereby GRANTS plaintiff's motion.

2     THE COURT FINDS that on March 7, 2008, the Clerk of the Court
3  entered the default of AMERICAN BLACK BEAUTY, LLC, a California
4  limited liability company (AMERICAN BLACK BEAUTY).

5     THE COURT FURTHER FINDS THAT, to ascertain the precise amount of
6  money damages, if any, due to the Plans, and pursuant to the Trust
7  Agreements of the Plans by which AMERICAN BLACK BEAUTY is bound, and
8  the provisions of the Employee Retirement Income Security Act (ERISA)
9  § 502(a)(3), 29 U.S.C. § 1132(a)(3), it is necessary for plaintiff
10 YOUNG to conduct an audit of the books and records of defendant
11 AMERICAN BLACK BEAUTY.

12    IT IS THEREFORE ORDERED that defendant AMERICAN BLACK BEAUTY,
13 its managing employees, successors, corporate officers, and all
14 others acting in active concert or participation with them, within
15 thirty (30) days of service of this final Judgment and Order, submit
16 to an audit of AMERICAN BLACK BEAUTY's books and records and to
17 cooperate in all respects with the Plans' representative for the
18 purpose of ascertaining the contributions due to the Plans and the
19 damages to the Plans for any failure to pay such contributions.

20    IT IS FURTHER ORDERED that at the time of the audit that
21 AMERICAN BLACK BEAUTY produce to the auditors of the Plans all books
22 and records required to conclude the audit, including, but not
23 limited to, the following documents, covering the time period from
24 January 1, 2003, through the date of the audit:

25    (a)  A complete list of projects in development or production;
26    (b)  A chart of all accounts;
27    (c)  All general ledgers;

28

      (d)    All contracts for writing service for writers hired by AMERICAN BLACK BEAUTY;

      (e)    All option/purchase contracts with professional writers for the acquisition of literary material;

      (f)    All cancelled checks (front and back) for all writing payments made to writers hired by AMERICAN BLACK BEAUTY;

      (g)    All documentation relating to payments for writing services on behalf of AMERICAN BLACK BEAUTY;

      (h)    W-2s or 1099-MISCs issued by AMERICAN BLACK BEAUTY to its writers;

      (i)    Copies of scripts for each contracted writing service on behalf of AMERICAN BLACK BEAUTY;

      (j)    State and federal payroll tax returns; and

      (k)    All bank statements for all checking, savings and investments accounts of AMERICAN BLACK BEAUTY for the period of the audit.

IT IS FURTHER ORDERED THAT plaintiff shall file a motion for Attorneys' Fees and Bill of Costs within 21 days of entry of this Judgment, and any award of fees and costs shall be retroactive to the entry of this judgment, and shall be considered a single judgment.

IT IS SO ORDERED.

DATED: May 5, 2008

                                      HON. VALERIE BAKER FAIRBANK
                                      U.S. DISTRICT COURT JUDGE